# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-28456

**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: September 17, 2010**



_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Darrow Wayne Bishop and Carrie Marie King<br>　　　　　　　Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>　　　　　　　Movant,<br>　　vs.<br><br>Darrow Wayne Bishop and Carrie Marie King, Debtors, Russell A. Brown, Trustee.<br><br>　　　　　　　Respondents. | No. 2:09-BK-28184-RJH<br><br>Chapter 13<br><br>ORDER<br><br>(Related to Docket #24) |

　　　Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

　　　IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated April 18, 2006 and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Darrow Wayne Bishop and Carrie Marie King have an interest in, further described as:

> LOT 649, OF SIENNA VISTA, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 681 OF MAPS, PAGE 38; A CERTIFICATE OF CORRECTION RECORDED AS 2004-574217 OF OFFICIAL RECORDS; A CERTIFICATE OF CORRECTION RECORDED AS 2004-583603 OF OFFICIAL RECORDS; A CERTIFICATE OF CORRECTION RECORDED AS 2004-1081197 OF OFFICIAL RECORDS; A CERTIFICATE OF CORRECTION RECORDED AS 2004-1081198 OF OFFICIAL RECORDS; A CERTIFICATE OF CORRECTION RECORDED AS 2004-108448101' OFFICIAL RECORDS; A CERTIFICATE OF CORRECTION RECORDED AS 2004-1084482 OF OFFICIAL RECORDS; AND A CERTIFICATE OF CORRECTION RECORDED AS 2004-1084483 OF OFFICIAL RECORDS.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.